UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>         vs.<br><br>Belko, Matthew<br><br>           Defendant. | Case No.: CR 11-310-GW<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____CDCA_____, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _backyrd cmty ties unknown due to failure to interview; bail resources unknown; nature of the allegations evid a lack of amenability to supervision; ongoing substance abuse_

1 problem;

2

3 and/or

4 B.  (X) The defendant has not met his/her burden of establishing by clear and
5 convincing evidence that he/she is not likely to pose a danger to the safety of any
6 other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7 finding is based on _commission of new offense while_
8 _under supervision; criminal history record, incl_
9 _prior convs for narcotics-related offenses;_
10 _substance abuse history_
11

12

13     IT THEREFORE IS ORDERED that the defendant be detained pending further
14 revocation proceedings.

15

16 DATED: __9/17/13__

17                                         ROBERT N. BLOCK
                                           UNITED STATES MAGISTRATE JUDGE